UNITED STATES DISTRICT COURT

JS-6

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN CHEN,<br><br>    Plaintiff,<br><br>vs.<br><br>FCA US, LLC; PUENTE HILLS CHRYSLER DODGE JEEP RAM; and DOES 1 through 10, inclusive<br><br>    Defendant. | Case No.: 2:23-cv-05638-SVW-BFM<br><br>District Judge: Stephen V. Wilson<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff KEVIN CHEN ("Plaintiff") accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on August 4, 2023.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $82,935.36 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date: October 13, 2023

_____
Hon. Stephen V. Wilson
District Court Judge